# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Patsy Nicholson,

    Plaintiff,

              v.                      Case No. 1:09cv137

Terry Collins, *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 23, 2009 (Doc. 27).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 23) is **GRANTED** and shall be filed within seven (7) days of the entry of

this Order; Defendants' Motions for Judgment on the Pleadings (Docs. 14 and 16) and Motion to Dismiss (Doc. 15) are **DENIED.**

**IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge